BLACK & WADHAMS
RUSTY GRAF, Esq.
Nevada Bar No. 6322
10777 West Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
E-mail: rgraf@blackwadhams.law
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLY USANOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VEGAS REALTY EXPERTS, LLC, Missouri registered company,<br><br>Defendant. | Case No. 2:23-cv-00588-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHER RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**FIRST REQUEST** |

Plaintiff, KELLY USANOVIC, individually and on behalf of others similarly situated, (hereinafter, "Plaintiff"), by and through her attorney, Jeffrey A. Cogan, Esq. of the law firm of Jeffrey A. Cogan Chartered, PLLC, and Defendant VEGAS REALTY EXPERTS, LLC, (hereafter "Defendant") by and through their attorney Rusty Graf, Esq., of the law firm of Black & Wadhams, and hereby stipulate and agree that Defendant may have until July 7, 2023, to file an Answer or other Responsive Pleading to the Plaintiff's Class Action Complaint (ECF No. 1).

Defense counsel's calendar is busier than normal with upcoming hearings and multiple deadlines in several cases. Under the circumstances, good cause exists to extend the deadline for

Defendant to file an Answer or other responsive pleading. *See* Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, *for good cause*, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]") (emphasis added).

This is Defendant's first request for an extension of time. *See* LR IA 6-1(a) (must advise of previous extensions). Defense counsel contacted Plaintiff's counsel regarding this extension request, and he has advised that he does not oppose the request. This stipulation is made in good faith and not for the purpose of undue delay.

Dated: June 21, 2023

**BLACK & WADHAMS**

By: /s/ Rusty Graf
Rusty Graf, Esq.
10777 West Twain Avenue, Suite 300
Las Vegas, NV 89135
rgraf@blackwadhams.law
*Attorneys for Defendant*

Dated: June 21, 2023

**JEFFREY A. COGAN CHARTERED, PPLC**

By: /s/Jeffrey A. Cogan
Jeffrey A. Cogan, Esq.
1057 Whitney Ranch Dr., Suite 350
Henderson, NV 89014-3191
jeffrey@jeffreycogan.com
*Attorneys for Plaintiff*

IT IS SO ORDERED this 26th day of June 2023.

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

Nancy J. Koppe
UNITED STATES MAGISTRATE JUDGE