BLACK & WADHAMS
RUSTY GRAF, Esq.
Nevada Bar No. 6322
10777 West Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
E-mail: rgraf@blackwadhams.law
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KELLY USANOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VEGAS REALTY EXPERTS, LLC, a Missouri registered company,<br><br>Defendant. | Case No. 2:23-cv-00588-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**FIRST REQUEST** |
|---|---|

COMES NOW, Defendant, VEGAS REALTY EXPERTS, LLC, (hereinafter, "Defendant"), by and through its attorney, Rusty Graf, Esq. of the law firm of Black & Wadhams., and Plaintiff, KELLY USANOVIC, (hereafter "Plaintiff") by and through her attorneys Jeffrey A. Cogan, Esq., of Jeffrey A. Cogan Chartered, PLLC, and hereby stipulate and agree that Defendant's Answer to Plaintiff's Amended Complaint needs to be extended due to the Parties desire to meet and confer on the amendments to the Complaint and allegations made in the previous Motion to Dismiss, and this requested stipulation to extend the responsive pleading by ten (10) days is appropriate and made in good faith.

Defendant's responsive pleading to Amended Complaint is currently due on August 14, 2023, and by this stipulation the responsive pleading will now be due August 24, 2023.

Dated: August 14, 2023.                                      Dated: August 14, 2023.

**BLACK & WADHAMS**                                          **JEFFREY A. COGAN CHARTERED**


By:   */s/ Rusty Graf*                                       By:   */s/Jeffrey A. Cogan.*
    Rusty Graf, Esq.                                          Jeffrey A. Cogan, Esq.
    10777 West Twain Avenue, Suite 300                         1057 Whitney Ranch Dr., Suite 350
    Las Vegas, NV 89135                                        Henderson, NV 89014
    rgraf@blackwadhams.law                                     jeffrey@jeffreycogan.com
    *Attorneys for Defendant*                                  *Attorneys for Plaintiff*

**ORDER**

**IT IS HEREBY ORDERED** that Defendant's responsive pleading to Amend Complaint will be due August 24, 2023.

**IT IS SO ORDERED**.

Dated: August 15, 2023

_____
United States Magistrate Judge

*Respectfully submitted by:*

**BLACK & WADHAMS**


　　*/s/ Rusty Graf*
RUSTY GRAF, ESQ.
Nevada Bar No. 6322
10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89135
*Attorneys for Defendant*


*Accepted as to form and content:*

**JEFFREY A. COGAN CHARTERED**


　　*/s/Jeffrey A. Cogan*
Jeffrey A. Cogan, Esq.
1057 Whitney Ranch Dr., Suite 350
Henderson NV 89014
*Attorneys for Plaintiff*