**BLACK & WADHAMS**
RUSTY GRAF, Esq.
Nevada Bar No. 6322
10777 West Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
E-mail: rgraf@blackwadhams.law
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLY USANOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VEGAS REALTY EXPERTS, LLC, a Missouri registered company,<br><br>Defendant. | Case No. 2:23-cv-00588-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**SECOND REQUEST** |

COMES NOW, Defendant, VEGAS REALTY EXPERTS, LLC, (hereinafter, "Defendant"), by and through its attorney, Rusty Graf, Esq. of the law firm of Black & Wadhams., and Plaintiff, KELLY USANOVIC, (hereafter "Plaintiff") by and through her attorneys Jeffrey A. Cogan, Esq., of Jeffrey A. Cogan Chartered, PLLC, and hereby stipulate and agree that Defendant's Answer to Plaintiff's Amended Complaint needs to be extended due to the Parties desire to meet and confer on the amendments to the Complaint and allegations made in the previous Motion to Dismiss, and this requested stipulation to extend by seven (7) days is appropriate.

Defendant's Answer to Amended Complaint was due on August 24, 2023, and will now

be due August 31, 2023.

Dated: August 22, 2023.

**BLACK & WADHAMS**


By: */s/ Rusty Graf*
   Rusty Graf, Esq.
   10777 West Twain Avenue, Suite 300
   Las Vegas, NV 89135
   rgraf@blackwadhams.law
   *Attorneys for Defendant*

Dated: August 22, 2023

**KAUFMAN P.A.**


By: */s/ Rachel E. Kaufman*
Rachel E. Kaufman, Esq.
Florida Bar #87406
237 S. Dixie Hwy., 4th Floor
Coral Gables, FL 33133
rachel@kaufmanpa.com
Admitted *Pro Hac Vice*
*Attorneys for Plaintiff and the putative Class*

## ORDER

IT IS HEREBY ORDERED that Defendant's Answer to Amend Complaint will be due August 31, 2023.

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

Dated: August 23, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

*Respectfully submitted by:*

**BLACK & WADHAMS**

_/s/ Rusty Graf_
RUSTY GRAF, ESQ.
Nevada Bar No. 6322
10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89135
*Attorneys for Defendant*

*Accepted as to form and content:*

**KAUFMAN P.A.**

By: _/s/ Rachel E. Kaufman_
Rachel E. Kaufman, Esq.
Florida Bar #87406
237 S. Dixie Hwy., 4th Floor
Coral Gables, FL 33133
rachel@kaufmanpa.com
Admitted *Pro Hac Vice*
*Attorneys for Plaintiff and the putative Class*