AO450 (NVD Rev. 7/31/24)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Kelly Usanovic

                Plaintiff,

v.

Vegas Realty Experts, LLC,

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00588-JAD-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT in favor of Defendant Vegas Realty Experts, LLC, and against Plaintiff Kelly Usanovic.

Case closed.

08/01/2024                                                             DEBRA K. KEMPI
Date                                                                      Clerk

/s/ CT
Deputy Clerk